## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| MICHAEL E. TACCINO, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 8:17-cv-00897-PWG |
| v. | ) | |
| | ) | |
| CARRINGTON MORTGAGE | ) | |
| SERVICE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Carrington Mortgage Services, LLC, improperly named as Carrington Mortgage Service LLC, by undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), hereby moves this Court to Dismiss Plaintiff's Complaint in this matter. In support of this Motion, Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities and Proposed Order.

**WHEREFORE**, Defendant Carrington Mortgage Services, LLC respectfully requests that this Honorable Court enter an order dismissing the Complaint, with prejudice.

Respectfully submitted,

**ECKERT SEAMANS CHERIN**
**& MELLOTT, LLC**

By:  */s/ Daniel A. Glass*
Edward J. Longosz, II (# 07509)
Daniel A. Glass (# 28730)
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, DC  20006
Tel:  (202) 659-6600
Fax:  (202) 659-6699
elongosz@eckertseamans.com
dglass@eckertseamans.com
*Counsel for Defendant*

Of Counsel:
Christian B.W. Stephens, Esquire
ECKERT SEAMANS CHERIN
    & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA  02110
cstephens@eckertseamans.com
Tel:  (617) 342.6842
Fax:  (617) 342.6899

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendant's Motion to Dismiss Plaintiff's Complaint, Memorandum of Points and Authorities and Proposed Order** was electronically filed on CM/ECF and served via email and first-class, postage prepaid, this 17th day of July 2017, to:

> MICHAEL E. TACCINO, SR.
> 500 Carskadon Lane, #311
> Keyser, WV 26726
> E-mail: mtacbig@gmail.com
> Plaintiff, *Pro Se*

> _/s/ Daniel A. Glass_
> Daniel A. Glass